FEDERAL I.D. NO. 16-0764720

# Nixon Peabody LLP
Attorneys at Law
437 Madison Avenue
New York, NY 10022
(212) 940-3000
FAX: (212) 940-3111

Mark Holligon
Philadelphia Alternative Asset Fund, LP
c/o Walkers
P.O. Box 2656T
Grand Cayman, CAY
British Virgin Islands

Invoice No. 8992657
Account: 039875
Terms: Due Upon Receipt

**FOR PROFESSIONAL SERVICES RENDERED through June 16, 2008, including:**

MATTER NO.   000002   MAN FINANCIAL CO.

**For Professional Fees:**

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 01/02/08 | R. Sentner | 1.50 | Prepare submission regarding receiver's motion for distribution with respect to option and LP funds; review and analyze proposed UBS settlement; telephone conferences with M. Holligon and J. Rodgers regarding same. |
| 01/03/08 | R. Sentner | 4.50 | Prepare submission regarding receiver's motion for distribution with respect to option and LP funds; review and analyze proposed UBS settlement; telephone conferences with M. Holligon and J. Rodgers regarding same. |
| 01/03/08 | T. Duvdevani | 5.00 | Meet with R. Sentner to strategize and discuss papers in response to Receiver settlement motion. Legal research regarding the same. |
| 01/04/08 | R. Sentner | 4.50 | Prepare submission regarding receiver's motion for distribution with respect to option and LP funds; review and analyze proposed UBS settlement; telephone conferences with M. Holligon and J. Rodgers regarding same. |

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 01/04/08 | T. Duvdevani | 6.70 | Legal research regarding New York law on negligent misrepresentation. Review Receiver Motion and Man summary judgment papers. |
| 01/07/08 | R. Sentner | 5.50 | Draft objections to receiver's proposed plan regarding distribution of assets. |
| 01/07/08 | T. Duvdevani | 7.00 | Legal research regarding Pennsylvania and New York law on privity of contract and negligent misrepresentation. |
| 01/08/08 | R. Sentner | 3.50 | Draft objections to receiver's proposed plan of distribution of funds; numerous e-mails regarding settlement of UBS and Directors' claims and revisions to covenant not to sue and settlement agreement. |
| 01/08/08 | T. Duvdevani | 6.20 | Review and edit objections; add legal arguments. Discuss same with R. Sentner. |
| 01/09/08 | R. Sentner | 7.00 | Prepare objections to Receiver Distribution motion; telephone calls and e-mails regarding UBS settlement. |
| 01/09/08 | T. Duvdevani | 0.50 | Research and draft section for brief regarding Pennsylvania fraud. |
| 01/10/08 | R. Sentner | 5.50 | Prepare submission regarding distribution of assets per Receiver's motion. |
| 01/11/08 | R. Bergmann | 1.90 | Review objection to receiver's motion for disbursement of funds; confer with R. Sentner regarding objection and assist with ECF issues. Confer with S. Schinella regarding service of objection. |
| 01/11/08 | R. Sentner | 5.50 | Prepare and finalize submission regarding Receiver's distribution motion. |
| 01/11/08 | S. Schinella | 0.30 | Electronically file Objection to Motion of Receiver for an Order Authorizing a Second Interim Distribution and Approving the Creation and Amount of Reserves. |
| 01/15/08 | R. Bergmann | 0.10 | Review message from CFCC regarding PAAF objection. |
| 01/15/08 | R. Bergmann | 0.30 | Review CFTC response to PAAF objection. |
| 01/15/08 | R. Bergmann | 0.30 | Draft message to R. Sentner with PAAF objection. Review PACER for objection. |
| 01/16/08 | R. Sentner | 1.00 | Review and analyze CFTC submission regarding distribution. |
| 01/17/08 | R. Sentner | 2.50 | Analysis regarding receiver distribution proposal. |
| 01/18/08 | D. Drebsky | 1.30 | Review pleadings re proposed allocation; research re above. |
| 01/18/08 | R. Sentner | 5.50 | Review and analyze Receiver's submission regarding distribution motion; telephone conferences with R. Fogerty and M. Cordone regarding same; legal analysis regarding same. |
| 01/21/08 | R. Sentner | 4.50 | Prepare reply to Receiver submission regarding distribution of assets; legal analysis regarding same; review and analyze prior submissions of receiver. |

| Date | Timekeeper | Hours | Description of Services |
|---|---|---|---|
| 01/22/08 | R. Sentner | 5.20 | Prepare for and conduct investors committee meeting; prepare response to Receiver's submission regarding distribution motion; revise same; telephone conferences with M. Cordone and K. Duthill; telephone conferences with R. Fogerty; analysis of distribution schemes. |
| 01/23/08 | R. Sentner | 3.20 | Analysis of distribution issues; telephone conference with joint liquidators and receiver regarding same. |
| 01/24/08 | R. Sentner | 4.50 | Distribution proposal and counter-proposal; legal analysis regarding bankruptcy and consolidation issues. |
| 01/25/08 | R. Sentner | 4.20 | Analysis of distribution motion - prepare proposal regarding same. |
| 01/28/08 | R. Sentner | 4.10 | Prepare letter to Judge regarding distribution motion; telephone conferences regarding same and analysis of documents regarding same. |
| 01/29/08 | R. Bergmann | 0.20 | Confer with B. Sentner regarding response to CFTC reply and proposal for hearing. |
| 01/29/08 | R. Sentner | 4.80 | Prepare for hearing regarding distribution motion; finalize letter to Judge Baylson regarding same; conference with R. Fogerty regarding same. |
| 01/30/08 | R. Sentner | 9.50 | Prepare for distribution motion; conferences with R. Fogerty regarding same; conferences with Clark Hodgson and team regarding same. |
| 01/31/08 | R. Sentner | 7.50 | Prepare for and conduct hearing regarding distribution plan. |
| 02/12/08 | R. Bergmann | 0.10 | Review Order Settling hearing on distribution motion. |
| 02/15/08 | R. Bergmann | 0.40 | Review distribution decision and draft message to R. Sentner and R. Fogerty regarding distribution decision. |
| 02/21/08 | R. Bergmann | 0.10 | Review entry of order regarding distribution hearing and confer with R. Sentner. |
| 02/28/08 | R. Sentner | 3.50 | Telephone conferences with Receiver and his counsel, and Receiver ad litem, and Joint Liquidators regarding distribution and UBS settlement; revise draft objections regarding same. |
| 03/03/08 | R. Sentner | 1.00 | Communications regarding settlements. |
| 03/05/08 | R. Sentner | 1.50 | Numerous telephone conferences regarding settlement discussions. |
| 04/01/08 | R. Sentner | 1.00 | Telephone conference with Receiver's counsel and JOLs and counsel regarding status and strategy; analysis of same. |

TOTAL HOURS: 131.40

TOTAL FEES: $86,931.20

## TIMEKEEPER SUMMARY

| Timekeeper | Rate | Hours | Fees |
|---|---|---|---|
| **Partners** | | | |
| D. Drebsky | 754.00 | 1.30 | 980.20 |
| R. Sentner | 714.00 | 101.00 | 72,114.00 |
| **Partners Totals** | | **102.30** | **73,094.20** |
| **Associates** | | | |
| R. Bergmann | 440.00 | 3.40 | 1,496.00 |
| T. Duvdevani | 478.00 | 25.40 | 12,141.20 |
| **Associates Totals** | | **28.80** | **13,637.20** |
| **Paralegals** | | | |
| S. Schinella | 195.00 | 0.30 | 58.50 |
| **Total All Timekeepers:** | | **131.40** | **$86,789.90** |

**For Charges and Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 10/01/07 | VENDOR: Parcels, Inc.; INVOICE#: 6344; DATE: 10/1/2007 - Outside Services 9/20 T. Thompson Delivery Charges(2 deliveries) | 15.00 |
| 10/28/07 | VENDOR: Sentner, Robert INVOICE#: SEN0304082 DATE: 3/4/2008<br>10/28/07:London:Airfare:Roundtrip airfare to London, England for R. Sentner to attend client conference. | 4623.20 |
| 10/29/07 | VENDOR: Sentner, Robert INVOICE#: SEN0304082 DATE: 3/4/2008<br>10/29/07:London:Hotel:Stay for R. Sentner at The Waldorf Hilton in London , England while attending client meetings. | 824.15 |
| 10/30/07 | VENDOR: Sentner, Robert INVOICE#: SEN0304082 DATE: 3/4/2008<br>10/30/07:London:Parking:Parking fee for R. Sentner at JFK Airport while in London to attend client meetings. | 72.00 |
| 10/30/07 | VENDOR: Sentner, Robert INVOICE#: SEN0304082 DATE: 3/4/2008<br>10/30/07:London:Train:Train fare for R. Sentner on Heathrow Rail Link while in London attending client meetings. | 32.00 |
| 11/01/07 | VENDOR: Parcels, Inc.; INVOICE#: 13724; DATE: 11/1/2007 - 3,115 Blowbacks, PAAF Application, Mailed | 379.50 |
| 11/01/07 | VENDOR: Parcels, Inc.; INVOICE#: 8709; DATE: 11/1/2007 - | 87.38 |

**For Charges and Disbursements:**

| Date | Description | Amount |
|---|---|---|
| | Delivery - 9/10 Parcels' Copy Center 105 West 7th Street Wilmington, DE - NP Philadelphia, PA 19103 | |
| 12/11/07 | VENDOR: Sentner, Robert INVOICE#: SEN0304082 DATE: 3/4/2008 | 378.00 |
| | 12/11/07:Philadelphia, PA:Train:Roundtrip Amtrak train fare to Philadelphia to attend a settlement conference before Magistrate Judge Strawbridge. | |
| 01/03/08 | Lexis - 039875/000002 | 206.70 |
| 01/03/08 | Postage 1/3/2008 Michael J. Cordone, Esq. Stradley Ronon Stevens & Young 26 | 10.92 |
| 01/04/08 | Spider Phone Conference: 459151 - R. Sentner Conference Call (Philadelphia Asset) | 4.20 |
| 01/07/08 | Lexis - 039875/000002 | 247.58 |
| 01/09/08 | LBEENE - Sentner/Robert C,Rail,NY Penn/Philadelphia/NY Penn,12/13/2007,12/13/2007 | 255.00 |
| 01/09/08 | CBMMEN - Sentner/Robert C,Rail,NY Penn/Philadelphia/NY Penn,12/11/2007,12/11/2007 | 245.00 |
| 01/09/08 | MURTHB - Sentner/Robert C,Rail,NY Penn/Philadelphia/NY Penn,12/20/2007,12/20/2007 | 259.00 |
| 01/17/08 | Mercury Inv#232990 dated 10/13/07 - 10/10 437 Madison Ave - Alex Horsbrugh-Porter Ritch & Conolly - Grand Cayman | 29.88 |
| 01/17/08 | Mercury Inv#232990 dated 10/13/07 - 10/10 437 Madison Ave - Patrick Shea Gowling LaFleur - Toronto | 22.18 |
| 01/17/08 | Mercury Inv#238405 dated 1/5/08 - 1/3 437 Madison Ave - Richard Fogerty Kroll Ltd. - George Town | 30.80 |
| 01/29/08 | Photocopy | 97.40 |
| 01/29/08 | Fax Sent To: 267-299-5078 1/29/2008 | 8.00 |
| 01/29/08 | VENDOR: Sentner, Robert INVOICE#: SEN0225081 DATE: 2/25/2008 | 743.29 |
| | 01/29/08:Philadelphia:Hotel:Stay at Sofitel Hotel in Philadelphia for R. Sentner while attending court hearings for client. | |
| 02/14/08 | FKWSCV - Sentner/Robert C,Rail,NY Penn/Philadelphia,1/29/2008,1/29/2008 | 150.00 |
| 02/25/08 | Postage | 4.60 |
| 03/12/08 | Photocopy | 75.00 |
| 03/14/08 | Federal Express; Invoice 260802320; Airbill 790470225714; Date 03/14/2008; Shipped by Stephanie Schinella to United States District Court Honorable Michael B. Baylson 601 MARKET ST RM 3810 PHILADELPHIA PA 19106 US | 8.54 |
| 03/17/08 | Photocopy | 29.60 |
| 03/17/08 | Photocopy | 2.00 |

**For Charges and Disbursements:**

| Date | Description | Amount |
|---|---|---|
| 03/17/08 | Photocopy | 1.00 |
| 03/17/08 | Postage | 4.60 |
| 03/17/08 | Postage | 4.60 |
| 03/17/08 | Postage | 4.60 |
| 03/17/08 | Postage | 4.60 |
| 03/17/08 | Postage | 4.60 |
| 03/17/08 | Postage | 4.10 |
| 03/17/08 | Postage | 2.05 |
| 03/17/08 | Postage | 0.41 |
| | **TOTAL CHARGES AND DISBURSEMENTS** | **$8,871.48** |

| | | |
|---|---|---|
| **TOTAL FOR MATTER -- MAN FINANCIAL CO.:** | | **$95,802.68** |

| | | |
|---|---|---|
| Total Fees．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．． | $ | 86,931.20 |
| Total Charges and Disbursements．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．． | $ | 8,871.48 |
| Total Time and Costs．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．．． | $ | 95,802.68 |
| **TOTAL FOR STATEMENT:** | | **$95,802.68** |