# ‖ WALKERS

CAYMAN ISLANDS

BRITISH VIRGIN ISLANDS

DUBAI

HONG KONG

JERSEY

LONDON

4 April 2008

Invoice No: 143504
MH/GAL/K0424-56702

Kroll (Cayman) Limited
PO Box 1102 GT
Fourth Floor
Bermuda House
British American Centre
George Town, Grand Cayman   KY1-1102
Cayman Islands

**Attention: Richard Fogerty**

## PAAF LIQUIDATION

**PROFESSIONAL CHARGES** for work performed in relation to the above matter for the period 1 December 2007 to 29 February 2008, as set out in the attached schedule.   $88,698.00

**DISBURSEMENTS**
| | |
|---|---:|
| Filing a Summons | 243.90 |
| Filing an Affidavit | 30.49 |
| Filing Fees | 1,859.75 |
| Overseas Call | 217.65 |
| Photocopying | 238.05 |
| Printing | 265.35 |
| Professional Fees | 14,059.50 |
| Sundry Expense | 886.98 |

**TOTAL DISBURSEMENTS**   $17,801.67

**AMOUNT DUE**   US$106,499.67

**WALKERS**

E. & O.E.

**This fee note has been prepared in accordance with Walkers' Terms of Engagement.**

We appreciate your business and encourage you to rate our services by filling out a service report on our website (www.walkersglobal.com/servicereport.php). Your feedback will assist us in assessing and improving the quality of our service.

**US$ WIRE TRANSFER DETAILS**

| The Bank of New York | ABA No: | 021000018 |
| 1 Wall Street | SWIFT: | IRVTUS3N |
| New York, NY 10286 | Account: | WALKERS |
| U.S.A. | Account No: | 890-0396-679 |
| | Reference: | 56702-143504 |

PLEASE QUOTE INVOICE NUMBER WITH ANY REMITTANCE.
PLEASE REMIT SUFFICIENT TO COVER BANK CHARGES.

Walkers

Walker House  87 Mary Street  George Town
Grand Cayman KY1-9001  Cayman Islands
T +1 345 949 0100 F +1 345 949 7886 www.walkersglobal.com

**PROFESSIONAL CHARGES DETAILS**

| Date | Narrative | Hours | Amt |
|---|---|---|---|
| **Guy Locke** | | | |
| 3 Dec 2007 | Telephone - conference call | 0.80 | 492.00 |
| 3 Dec 2007 | Reviewing agreement and settlement issues | 0.80 | 492.00 |
| 3 Dec 2007 | Reviewing emails | 0.40 | 246.00 |
| 4 Dec 2007 | Reviewing settlement issues. | 1.40 | 861.00 |
| 6 Dec 2007 | Reviewing email - DP | 0.20 | 123.00 |
| 6 Dec 2007 | Reviewing email re. releases | 0.40 | 246.00 |
| 7 Dec 2007 | Reviewing emails | 0.40 | 246.00 |
| 7 Dec 2007 | Reviewing settlement documents; US pleadings | 1.70 | 1,045.50 |
| 10 Dec 2007 | Email RF re. settlement | 0.20 | 123.00 |
| 11 Dec 2007 | Reviewing settlement documents | 0.60 | 369.00 |
| 12 Dec 2007 | Reviewing email re. release | 0.30 | 184.50 |
| 12 Dec 2007 | Reviewing covenant not to sue | 0.50 | 307.50 |
| 13 Dec 2007 | Reviewing emails - BS/RF | 0.40 | 246.00 |
| 13 Dec 2007 | Discussions; review of release | 0.50 | 307.50 |
| 13 Dec 2007 | Reviewing settlement issues | 0.20 | 123.00 |
| 13 Dec 2007 | Covenant not to sue issues | 0.70 | 430.50 |
| 13 Dec 2007 | Reviewing covenant redraft | 0.40 | 246.00 |
| 14 Dec 2007 | Settlement/covenant issues; emails; internal discussions | 2.70 | 1,660.50 |
| 17 Dec 2007 | Emails; review of documents | 2.00 | 1,230.00 |
| 18 Dec 2007 | Reviewing settlement agreement; order | 0.80 | 492.00 |
| 19 Dec 2007 | Email - settlement terms | 0.30 | 184.50 |
| 20 Dec 2007 | Reviewing emails; documents re. settlement | 0.80 | 492.00 |
| 20 Dec 2007 | Emails; discussions re. settlement issues | 1.30 | 799.50 |
| 20 Dec 2007 | Reviewing emails; redraft of UBS settlement; covenant to sue | 1.90 | 1,168.50 |
| 20 Dec 2007 | Email - RS | 0.20 | 123.00 |
| 21 Dec 2007 | Reviewing settlement documents | 1.90 | 1,168.50 |
| 7 Jan 2008 | Reviewing PAAF developments | 1.00 | 700.00 |
| 7 Jan 2008 | Reviewing MAN/UBS/MF settlement documents; review; internal discussion | 2.60 | 1,820.00 |
| 8 Jan 2008 | Settlement drafts; issues; emails | 1.10 | 770.00 |
| 9 Jan 2008 | Reviewing emails | 0.70 | 490.00 |
| 10 Jan 2008 | Reviewing revised settlement drafts | 1.50 | 1,050.00 |
| 11 Jan 2008 | Reviewing revised settlement documents | 0.90 | 630.00 |
| 11 Jan 2008 | Reviewing emails | 0.60 | 420.00 |
| 23 Jan 2008 | Email summons | 0.20 | 140.00 |
| 23 Jan 2008 | Maples settlement documents; review; issues re covenant; emails etc. | 2.30 | 1,610.00 |
| 24 Jan 2008 | Reviewing covenant not to sue | 0.70 | 490.00 |
| 24 Jan 2008 | Reviewing covenant not to sue | 0.60 | 420.00 |
| 24 Jan 2008 | Reviewing final settlement documents | 1.20 | 840.00 |
| 29 Jan 2008 | Covenant not to sue issues; emails re same | 1.20 | 840.00 |
| 31 Jan 2008 | Reviewing covenant not to sue | 0.70 | 490.00 |
| 1 Feb 2008 | Reviewing emails | 0.40 | 280.00 |
| 5 Feb 2008 | Discussion/review of settlement | 0.30 | 210.00 |
| 6 Feb 2008 | Reviewing emails | 0.30 | 156.00 |
| 7 Feb 2008 | Telephone call with Maples and Calder | 0.20 | 140.00 |
| 7 Feb 2008 | Maples covenant | 0.30 | 210.00 |
| 7 Feb 2008 | Reviewing covenant not to sue | 0.30 | 210.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8 Feb 2008 | Reviewing emails, settlement issues | 0.40 | 280.00 |
| 11 Feb 2008 | Emails, review of MF settlement issues | 0.80 | 560.00 |
| 13 Feb 2008 | Review of RF affidavit | 0.60 | 420.00 |
| 14 Feb 2008 | Review of emails from Maples & Calder | 0.20 | 140.00 |
| 19 Feb 2008 | Email to Maples & Calder | 0.10 | 70.00 |
| 28 Feb 2008 | Review committee issues, internal discussion | 0.30 | 210.00 |
| | | 41.30 | $27,003.00 |

**Laura Del Fuoco**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11 Jan 2008 | Reviewing settlement agreement, covenant not to sue; draft affidavit in support of application | 2.90 | 1,305.00 |
| 22 Jan 2008 | Meeting at Kroll (Cayman) | 1.20 | 540.00 |
| 22 Jan 2008 | Email in from Y Ebanks regarding summons | 0.10 | 45.00 |
| 23 Jan 2008 | Reviewing UBS Settlement documents and distribution documents | 1.00 | 450.00 |
| 23 Jan 2008 | Amending affidavit of R Fogarty | 2.10 | 945.00 |
| 31 Jan 2008 | Drafting amendments to affidavit | 1.50 | 675.00 |
| 31 Jan 2008 | Preparing exhibit bundle | 0.30 | 135.00 |
| 13 Feb 2008 | Reviewing amendments to R Fogarty affidavit | 0.50 | 250.00 |
| 13 Feb 2008 | Reviewing documents: effect of failure to obtain Court consent | 0.50 | 250.00 |
| 13 Feb 2008 | Prepare annexure bundle for affidavit | 0.30 | 150.00 |
| 14 Feb 2008 | Review second amended settlement agreement and amend affidavit | 0.80 | 400.00 |
| 14 Feb 2008 | Preparation of exhibit bundle | 0.50 | 250.00 |
| 14 Feb 2008 | Email to/from R Sentner | 0.20 | 100.00 |
| | | 11.90 | $5,495.00 |

**Mark Holligon**

| Date | Description | Hours | Amount |
|---|---|---|---|
| 3 Dec 2007 | Reviewing draft settlement agreements | 0.50 | 275.00 |
| 3 Dec 2007 | Telephone call Sentner, Allison | 0.70 | 385.00 |
| 3 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 3 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 3 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 3 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 3 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 3 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 3 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 3 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 3 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 3 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 3 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 3 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 3 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 4 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 4 Dec 2007 | Telephone call Kroll | 0.30 | 165.00 |
| 4 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 4 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 4 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 4 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 4 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 4 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 4 Dec 2007 | Email in M&C | 0.10 | 55.00 |
| 4 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 4 Dec 2007 | Email out Listing | 0.10 | 55.00 |
| 4 Dec 2007 | Email out Counsel's Clerk | 0.10 | 55.00 |
| 4 Dec 2007 | Email in D Allison to Kroll | 0.10 | 55.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 5 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 6 Dec 2007 | Telephone call Sentner | 0.20 | 110.00 |
| 6 Dec 2007 | Discussion Guy Locke | 0.10 | 55.00 |
| 6 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 6 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 6 Dec 2007 | Email out Guy Locke | 0.10 | 55.00 |
| 6 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 6 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 6 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 6 Dec 2007 | Email in kroll | 0.10 | 55.00 |
| 6 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 6 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 6 Dec 2007 | Drafting letter to M&C | 0.30 | 165.00 |
| 6 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 6 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 6 Dec 2007 | Email in Stradley | 0.10 | 55.00 |
| 6 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 6 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 6 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 7 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 7 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 7 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 7 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 7 Dec 2007 | Telephone call Kroll | 0.10 | 55.00 |
| 7 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 7 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 7 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 7 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 7 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 7 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 7 Dec 2007 | Email in Stradley | 0.10 | 55.00 |
| 7 Dec 2007 | Email out Guy Locke, D Allison | 0.10 | 55.00 |
| 7 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 7 Dec 2007 | Amending letter to M&C | 0.30 | 165.00 |
| 7 Dec 2007 | Email out M&C | 0.10 | 55.00 |
| 7 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 10 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 10 Dec 2007 | Discussion Guy Locke | 0.10 | 55.00 |
| 10 Dec 2007 | Email in Guy Locke to Kroll | 0.10 | 55.00 |
| 12 Dec 2007 | Telephone call Kroll; discussion Guy Locke | 0.60 | 330.00 |
| 12 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 12 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 12 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 12 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 12 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 12 Dec 2007 | Letter in M&C | 0.10 | 55.00 |
| 12 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 13 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 13 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 13 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 13 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 13 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 13 Dec 2007 | Email in Sentner re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email in Sentner re MFG settlement | 0.10 | 55.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 13 Dec 2007 | Email in Sentner re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email in D Allison re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email in Sentner re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email out Sentner re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email in Sentner re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email in Sentner re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email out Sentner re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email in Sentner re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email in D Allison re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email in D Allison re MFG settlement | 0.10 | 55.00 |
| 13 Dec 2007 | Email out D Allison re MFG settlement | 0.10 | 55.00 |
| 14 Dec 2007 | Telephone call D Allison, leaving message | 0.10 | 55.00 |
| 14 Dec 2007 | Discussion Guy Locke | 0.20 | 110.00 |
| 14 Dec 2007 | Telephone call Kroll | 0.20 | 110.00 |
| 14 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in J Rogers | 0.10 | 55.00 |
| 14 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 14 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email out J Rodgers | 0.10 | 55.00 |
| 14 Dec 2007 | Telephone call Kroll | 0.10 | 55.00 |
| 14 Dec 2007 | Telephone call J Rodgers | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Telephone call Sentner/Herrick | 0.40 | 220.00 |
| 14 Dec 2007 | Telephone call Sentner | 0.20 | 110.00 |
| 14 Dec 2007 | Telephone call Kroll | 0.20 | 110.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 14 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Counsel's Clerk | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Rodgers | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Stradley | 0.10 | 55.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Rodgers | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Rodgers | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 14 Dec 2007 | Telephone call D Allison | 0.40 | 220.00 |
| 14 Dec 2007 | Telephone call T Dougherty | 0.30 | 165.00 |
| 14 Dec 2007 | Amending draft agreement | 0.20 | 110.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 14 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 14 Dec 2007 | Reviewing various emails | 0.50 | 275.00 |
| 16 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 16 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 16 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 16 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 16 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 16 Dec 2007 | Email in T Dougherty | 0.10 | 55.00 |
| 16 Dec 2007 | Email out T Dougherty | 0.10 | 55.00 |
| 16 Dec 2007 | Email out T Dougherty | 0.10 | 55.00 |
| 16 Dec 2007 | Amending draft covenant | 0.20 | 110.00 |
| 16 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 17 Dec 2007 | Telephone call D Allison | 0.20 | 110.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 17 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email out Herrick | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Herrick | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 17 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 17 Dec 2007 | Email in Sentner | 0.10 | 55.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 18 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 18 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 18 Dec 2007 | Email in Merrick | 0.10 | 55.00 |
| 18 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 18 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 18 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 18 Dec 2007 | Email out Kroll | 0.10 | 55.00 |
| 18 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 18 Dec 2007 | Email out Sentner | 0.10 | 55.00 |
| 18 Dec 2007 | Telephone call Kroll, leaving message | 0.10 | 55.00 |
| 18 Dec 2007 | Email out D Allison | 0.10 | 55.00 |
| 18 Dec 2007 | Email in Stradley | 0.10 | 55.00 |
| 19 Dec 2007 | Email out Guy Locke | 0.10 | 55.00 |
| 19 Dec 2007 | Email in M&C | 0.10 | 55.00 |
| 19 Dec 2007 | Email out Listing | 0.10 | 55.00 |
| 19 Dec 2007 | Email in Guy Locke | 0.10 | 55.00 |
| 19 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 19 Dec 2007 | Email in Guy Locke | 0.10 | 55.00 |
| 19 Dec 2007 | Email in Stradley | 0.10 | 55.00 |
| 19 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 20 Dec 2007 | Email in Listing | 0.10 | 55.00 |
| 20 Dec 2007 | Email in Guy Locke | 0.10 | 55.00 |
| 20 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 20 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 20 Dec 2007 | Email in Kroll | 0.10 | 55.00 |
| 20 Dec 2007 | Email in Guy Locke | 0.10 | 55.00 |
| 21 Dec 2007 | Email in D Allison | 0.10 | 55.00 |
| 21 Dec 2007 | Email in Sentner | 0.10 | 55.00 |
| 28 Dec 2007 | Email in Cordone | 0.10 | 55.00 |
| 2 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 2 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 2 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 2 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 3 Jan 2008 | Telephone call Sentner, leaving message | 0.10 | 65.00 |
| 3 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 3 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 3 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 3 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 3 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 3 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 3 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 3 Jan 2008 | Reviewing drafts | 1.50 | 975.00 |
| 4 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 4 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 4 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 4 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 4 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 4 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 4 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 4 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 4 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 4 Jan 2008 | Telephone call Sentner | 0.50 | 325.00 |
| 7 Jan 2008 | Reviewing and amending draft UBS settlement documents | 3.00 | 1,950.00 |
| 7 Jan 2008 | Telephone call Sentner | 0.10 | 65.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 7 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 7 Jan 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 7 Jan 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 7 Jan 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 7 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 7 Jan 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 7 Jan 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 7 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 8 Jan 2008 | Telephone call Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Sentner to Dillworth | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Dillworth | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Dillworth | 0.10 | 65.00 |
| 8 Jan 2008 | Amending covenant | 0.80 | 520.00 |
| 8 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 8 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Telephone call UBS, Receiver, Sentner | 0.20 | 130.00 |
| 9 Jan 2008 | Telephone call Kroll, leaving message | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 9 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 9 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Reviewing revised drafts of UBS documents | 0.80 | 520.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Reviewing MFL covenant | 0.20 | 130.00 |
| 9 Jan 2008 | Email in Paul Hastings | 0.10 | 65.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 9 Jan 2008 | Email in Paul Hastings | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 9 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 10 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 10 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 10 Jan 2008 | Email out Dilworth | 0.10 | 65.00 |
| 10 Jan 2008 | Email out Dilworth | 0.10 | 65.00 |
| 10 Jan 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 10 Jan 2008 | Preparing Summons | 0.10 | 65.00 |
| 10 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 10 Jan 2008 | Telephone call Sentner | 0.20 | 130.00 |
| 10 Jan 2008 | Telephone call Dilworth | 0.20 | 130.00 |
| 10 Jan 2008 | Drafting and amending UBS and Maples settlement documents | 1.50 | 975.00 |
| 11 Jan 2008 | Telephone call Sentner | 0.10 | 65.00 |
| 11 Jan 2008 | Reviewing and amending PAAF Maples document and discussion Guy Locke | 0.70 | 455.00 |
| 11 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 11 Jan 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 11 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 11 Jan 2008 | Amending and filing Summons | 0.30 | 195.00 |
| 11 Jan 2008 | Email out Listing | 0.10 | 65.00 |
| 11 Jan 2008 | Discussion Laura re affidavit | 0.30 | 195.00 |
| 11 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 11 Jan 2008 | Email in M&C | 0.10 | 65.00 |
| 11 Jan 2008 | Email out Dilworth | 0.10 | 65.00 |
| 11 Jan 2008 | Email out Kroll, Sentner | 0.10 | 65.00 |
| 11 Jan 2008 | Email out Listing | 0.10 | 65.00 |
| 11 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 11 Jan 2008 | Email in Listing | 0.10 | 65.00 |
| 11 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 11 Jan 2008 | Email out Dilworth | 0.10 | 65.00 |
| 11 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 11 Jan 2008 | Reviewing draft affidavit | 0.50 | 325.00 |
| 14 Jan 2008 | Working on settlement documents; discussion Guy Locke | 1.00 | 650.00 |
| 15 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 15 Jan 2008 | Telephone call Sentner | 0.30 | 195.00 |
| 15 Jan 2008 | Telephone call Guy Locke | 0.10 | 65.00 |
| 15 Jan 2008 | Email out Dilworth | 0.10 | 65.00 |
| 15 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 15 Jan 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 15 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 15 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 16 Jan 2008 | Email in Sentner | 0.10 | 65.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 16 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 16 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 16 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 16 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 16 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 16 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 17 Jan 2008 | Telephone call Sentner, leaving message | 0.10 | 65.00 |
| 17 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 17 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 17 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 17 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 17 Jan 2008 | Drafting affidavit for sanction application | 1.50 | 975.00 |
| 17 Jan 2008 | Telephone call Kroll | 0.10 | 65.00 |
| 17 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 18 Jan 2008 | Telephone call M&C | 0.20 | 130.00 |
| 18 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 18 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 18 Jan 2008 | Email out Laura Del Fuoco | 0.10 | 65.00 |
| 18 Jan 2008 | Reviewing documents | 0.50 | 325.00 |
| 21 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 21 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 22 Jan 2008 | Meeting at Kroll for committee call | 1.50 | 975.00 |
| 22 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 22 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 22 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 22 Jan 2008 | Email in Yasmin Ebanks | 0.10 | 65.00 |
| 22 Jan 2008 | Email in Laura | 0.10 | 65.00 |
| 23 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 23 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 24 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 24 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 24 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 24 Jan 2008 | Email in GAL | 0.10 | 65.00 |
| 24 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 24 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 24 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 28 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 29 Jan 2008 | Telephone call Maples and Calder | 0.20 | 130.00 |
| 29 Jan 2008 | Discussion with GAL | 0.20 | 130.00 |
| 29 Jan 2008 | Email out - Dilworth | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 29 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 29 Jan 2008 | Email out Dilworth | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Maples and Calder | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Maples and Calder | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Maples and Calder | 0.10 | 65.00 |
| 29 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 29 Jan 2008 | Email out Dilworth | 0.10 | 65.00 |
| 29 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 29 Jan 2008 | Email in GAL | 0.10 | 65.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 29 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 29 Jan 2008 | Email in Maples and Calder | 0.10 | 65.00 |
| 29 Jan 2008 | Reviewing documents | 1.00 | 650.00 |
| 30 Jan 2008 | Telephone call Kroll | 0.20 | 130.00 |
| 30 Jan 2008 | Telephone call Kroll | 0.20 | 130.00 |
| 30 Jan 2008 | Telephone call Maples & Calder | 0.20 | 130.00 |
| 30 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 30 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 30 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 30 Jan 2008 | Email in M&C | 0.10 | 65.00 |
| 30 Jan 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 30 Jan 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 30 Jan 2008 | Email out Dilworth | 0.10 | 65.00 |
| 30 Jan 2008 | Email in M&C | 0.10 | 65.00 |
| 30 Jan 2008 | Email out M&C | 0.10 | 65.00 |
| 30 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 30 Jan 2008 | Reviewing documents | 1.00 | 650.00 |
| 31 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 31 Jan 2008 | Email out Sandie Corbett | 0.10 | 65.00 |
| 31 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 31 Jan 2008 | Email in Paul Hastings | 0.10 | 65.00 |
| 31 Jan 2008 | Email in Dilworth | 0.10 | 65.00 |
| 31 Jan 2008 | Email in Kroll | 0.10 | 65.00 |
| 31 Jan 2008 | Email out Kroll | 0.10 | 65.00 |
| 31 Jan 2008 | Email in Herrick | 0.10 | 65.00 |
| 31 Jan 2008 | Email in Sandie Corbett | 0.10 | 65.00 |
| 1 Feb 2008 | Email in M&C | 0.10 | 65.00 |
| 1 Feb 2008 | Email out M&C | 0.10 | 65.00 |
| 1 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 1 Feb 2008 | Email out Dilworth | 0.10 | 65.00 |
| 1 Feb 2008 | Email in Sentner | 0.10 | 65.00 |
| 1 Feb 2008 | Email out Sentner | 0.10 | 65.00 |
| 1 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 1 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 1 Feb 2008 | Email out Dilworth | 0.10 | 65.00 |
| 1 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 1 Feb 2008 | Email out Dilworth | 0.10 | 65.00 |
| 1 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 1 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 4 Feb 2008 | Telephone call M&C | 0.20 | 130.00 |
| 4 Feb 2008 | Telephone call Kroll | 0.30 | 195.00 |
| 4 Feb 2008 | Telephone call Sentner, leaving message | 0.10 | 65.00 |
| 4 Feb 2008 | Telephone call Dilworth, leaving message | 0.10 | 65.00 |
| 4 Feb 2008 | Telephone call Dilworth | 0.20 | 130.00 |
| 4 Feb 2008 | Letter in Dilworth | 0.10 | 65.00 |
| 4 Feb 2008 | Letter in Dilworth | 0.10 | 65.00 |
| 4 Feb 2008 | Telephone call Kroll | 0.20 | 130.00 |
| 4 Feb 2008 | Telephone call M&C | 0.10 | 65.00 |
| 4 Feb 2008 | Working on evidence | 1.00 | 650.00 |
| 4 Feb 2008 | Email out Sandie Corbett | 0.10 | 65.00 |
| 4 Feb 2008 | Email out Sentner | 0.10 | 65.00 |
| 4 Feb 2008 | Email in Sentner | 0.10 | 65.00 |
| 4 Feb 2008 | Email in M&C | 0.10 | 65.00 |
| 4 Feb 2008 | Email out M&C | 0.10 | 65.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 4 Feb 2008 | Email in Stradley | 0.10 | 65.00 |
| 4 Feb 2008 | Email in Sentner | 0.10 | 65.00 |
| 5 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 5 Feb 2008 | Email out Dilworth | 0.10 | 65.00 |
| 5 Feb 2008 | Telephone call M&C | 0.10 | 65.00 |
| 5 Feb 2008 | Telephone call M&C | 0.20 | 130.00 |
| 5 Feb 2008 | Discussion Guy Locke | 0.30 | 195.00 |
| 7 Feb 2008 | Discussion Guy Locke | 0.50 | 325.00 |
| 7 Feb 2008 | Reviewing and amending covenant | 0.40 | 260.00 |
| 7 Feb 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 7 Feb 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 7 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 7 Feb 2008 | Email in Maples | 0.10 | 65.00 |
| 7 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 7 Feb 2008 | Email out Dilworth | 0.10 | 65.00 |
| 7 Feb 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 7 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 7 Feb 2008 | Telephone call Kroll | 0.10 | 65.00 |
| 7 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Telephone call Kroll | 0.20 | 130.00 |
| 8 Feb 2008 | Discussion Guy Locke | 0.30 | 195.00 |
| 8 Feb 2008 | Telephone call M&C | 0.20 | 130.00 |
| 8 Feb 2008 | Discussion Guy Locke | 0.30 | 195.00 |
| 8 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email in M&C | 0.10 | 65.00 |
| 8 Feb 2008 | Email out M&C | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email out M&C | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email in M&C | 0.10 | 65.00 |
| 8 Feb 2008 | Email out M&C | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Sentner, Dilworth | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Stradley | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Listing | 0.10 | 65.00 |
| 8 Feb 2008 | Email in kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Listing | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Listing | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Listing | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Listing | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 8 Feb 2008 | Email out M&C | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Sentner | 0.10 | 65.00 |
| 8 Feb 2008 | Email in Sentner (10/2) | 0.10 | 65.00 |
| 8 Feb 2008 | Email out Sentner (10/2) | 0.10 | 65.00 |
| 11 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |

| Date | Description | Hours | Amount |
|---|---|---|---|
| 11 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 11 Feb 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 11 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 11 Feb 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 11 Feb 2008 | Email out Guy Locke | 0.10 | 65.00 |
| 11 Feb 2008 | Email in Guy Locke | 0.10 | 65.00 |
| 11 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 11 Feb 2008 | Email in Stradley | 0.10 | 65.00 |
| 11 Feb 2008 | Email in Stradley | 0.10 | 65.00 |
| 12 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 13 Feb 2008 | Discussion Affidavit with S Corbett and L Del Fuocco | 0.50 | 325.00 |
| 13 Feb 2008 | Email in Sentner | 0.10 | 65.00 |
| 13 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 13 Feb 2008 | Email in Dilworth | 0.10 | 65.00 |
| 13 Feb 2008 | Email out L Del Fuocco | 0.10 | 65.00 |
| 13 Feb 2008 | Reviewing and amending Affidavit, reviewing further MFG Agreement | 1.00 | 650.00 |
| 14 Feb 2008 | Telephone call Kroll | 0.10 | 65.00 |
| 14 Feb 2008 | Amending Affidavit | 0.70 | 455.00 |
| 14 Feb 2008 | Email out Kroll, Sentner | 0.10 | 65.00 |
| 14 Feb 2008 | Email in Sentner | 0.10 | 65.00 |
| 14 Feb 2008 | Email in L Del Fuocco | 0.10 | 65.00 |
| 14 Feb 2008 | Email out Sentner | 0.10 | 65.00 |
| 14 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 14 Feb 2008 | Amending Affidavit | 0.20 | 130.00 |
| 14 Feb 2008 | Email in Sentner | 0.10 | 65.00 |
| 14 Feb 2008 | Email in Sentner | 0.10 | 65.00 |
| 14 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 14 Feb 2008 | Drafting Summons | 0.30 | 195.00 |
| 14 Feb 2008 | Email in M&C | 0.10 | 65.00 |
| 14 Feb 2008 | Email out M&C | 0.10 | 65.00 |
| 14 Feb 2008 | Email in M&C | 0.10 | 65.00 |
| 14 Feb 2008 | Email out Sandie Corbett | 0.10 | 65.00 |
| 14 Feb 2008 | Preparing bundle | 0.30 | 195.00 |
| 15 Feb 2008 | Telephone call Kroll | 0.10 | 65.00 |
| 15 Feb 2008 | Telephone call Kroll | 0.10 | 65.00 |
| 15 Feb 2008 | Telephone call Kroll | 0.10 | 65.00 |
| 15 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 15 Feb 2008 | Email in Cordone | 0.10 | 65.00 |
| 15 Feb 2008 | Email out Cordone | 0.10 | 65.00 |
| 15 Feb 2008 | Email in Cordone | 0.10 | 65.00 |
| 15 Feb 2008 | Email in Cordone | 0.10 | 65.00 |
| 15 Feb 2008 | Email in Cordone | 0.10 | 65.00 |
| 18 Feb 2008 | Email in M&C | 0.10 | 65.00 |
| 18 Feb 2008 | Email out M&C | 0.10 | 65.00 |
| 18 Feb 2008 | Email in M&C | 0.10 | 65.00 |
| 18 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 19 Feb 2008 | Email out M&C | 0.10 | 65.00 |
| 21 Feb 2008 | Preparing for hearing with Sandie Corbett | 0.50 | 325.00 |
| 21 Feb 2008 | Letter in Dilworth | 0.10 | 65.00 |
| 21 Feb 2008 | Letter in Stradley | 0.10 | 65.00 |
| 22 Feb 2008 | Attending Court including travel and waiting | 1.00 | 650.00 |
| 22 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 25 Feb 2008 | Email in M&C | 0.10 | 65.00 |

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 26 Feb 2008 | Email in Sandie Corbett | 0.10 | 65.00 |
| 26 Feb 2008 | Email in M&C | 0.10 | 65.00 |
| 26 Feb 2008 | Email in Listing | 0.10 | 65.00 |
| 26 Feb 2008 | Email in Listing | 0.10 | 65.00 |
| 26 Feb 2008 | Email in Listing | 0.10 | 65.00 |
| 26 Feb 2008 | Telephone call listing | 0.10 | 65.00 |
| 26 Feb 2008 | Email out listing | 0.10 | 65.00 |
| 26 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 27 Feb 2008 | Discussion Sandie Corbett | 0.10 | 65.00 |
| 27 Feb 2008 | Email out M&C | 0.10 | 65.00 |
| 27 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 27 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 28 Feb 2008 | Telephone call Kroll | 0.30 | 195.00 |
| 28 Feb 2008 | Discussion Sandie Corbett | 0.20 | 130.00 |
| 28 Feb 2008 | Email in Stradley | 0.10 | 65.00 |
| 28 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| 28 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 28 Feb 2008 | Email in Kroll | 0.10 | 65.00 |
| 28 Feb 2008 | Email out Kroll | 0.10 | 65.00 |
| | | 86.20 | $53,400.00 |

**Sandie Corbett**

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 10 Jan 2008 | Reviewing draft settlement | 1.00 | 700.00 |
| 10 Jan 2008 | Reviewing draft agreement | 0.60 | 420.00 |
| 4 Feb 2008 | Reviewing email M Holligon | 0.10 | 70.00 |
| 13 Feb 2008 | Reviewing email M Holligon | 0.10 | 70.00 |
| 14 Feb 2008 | Reviewing email | 0.10 | 70.00 |
| 14 Feb 2008 | Reviewing email M Holligon | 0.10 | 70.00 |
| 14 Feb 2008 | Reviewing email R Sentner | 0.10 | 70.00 |
| 14 Feb 2008 | Reviewing email M Holligon | 0.10 | 70.00 |
| 14 Feb 2008 | Reviewing email M Holligon | 0.10 | 70.00 |
| 15 Feb 2008 | Telephone M Holligon | 0.10 | 70.00 |
| 22 Feb 2008 | Court hearing | 0.90 | 630.00 |
| 22 Feb 2008 | Preparation for hearing | 0.20 | 140.00 |
| 27 Feb 2008 | Telephone M Holligon | 0.10 | 70.00 |
| 28 Feb 2008 | Reviewing email M Holligon | 0.10 | 70.00 |
| 28 Feb 2008 | Reviewing email M Holligon | 0.10 | 70.00 |
| 28 Feb 2008 | Reviewing email R Fogerty | 0.10 | 70.00 |
| 28 Feb 2008 | Reviewing email M Holligon | 0.10 | 70.00 |
| | | 4.00 | $2,800.00 |

**TOTAL PROFESSIONAL CHARGES**  143.40  US$88,698.00

# WALKERS

CAYMAN ISLANDS

BRITISH VIRGIN ISLANDS

DUBAI

HONG KONG

JERSEY

LONDON

23 April 2008

Invoice No: 144866
MH/GAL/K0424-56702

Kroll (Cayman) Limited
PO Box 1102 GT
Fourth Floor
Bermuda House
British American Centre
George Town, Grand Cayman   KY1-1102
Cayman Islands

**Attention: Richard Fogerty**

## PAAF LIQUIDATION

| | | |
|---|---:|---:|
| **PROFESSIONAL CHARGES** for work performed in relation to the above matter, as set out in the attached schedule. | | $10,285.00 |
| **DISBURSEMENTS** | | |
| Courier | 66.66 | |
| Filing an Affidavit | 30.49 | |
| Filing Fees | 30.49 | |
| Sterling Draft Conversion Fees | 218.52 | |
| Photocopying | 305.10 | |
| Printing | 121.65 | |
| Sundry Expense | 102.85 | |
| **TOTAL DISBURSEMENTS** | | $875.76 |
| **AMOUNT DUE** | | US$11,160.76 |

**WALKERS**

E. & O.E.

**This fee note has been prepared in accordance with Walkers' Terms of Engagement.**

We appreciate your business and encourage you to rate our services by filling out a service report on our website (www.walkersglobal.com/servicereport.php). Your feedback will assist us in assessing and improving the quality of our service.

**US$ WIRE TRANSFER DETAILS**

| | | |
|---|---|---|
| The Bank of New York | ABA No: | 021000018 |
| 1 Wall Street | SWIFT: | IRVTUS3N |
| New York, NY 10286 | Account: | WALKERS |
| U.S.A. | Account No: | 890-0396-679 |
| | Reference: | 56702-144866 |

PLEASE QUOTE INVOICE NUMBER WITH ANY REMITTANCE.
PLEASE REMIT SUFFICIENT TO COVER BANK CHARGES.

Walkers
Walker House, 87 Mary Street, George Town
Grand Cayman KY1-9001, Cayman Islands
T +1 345 949 0100 F +1 345 949 7886 www.walkersglobal.com

**PROFESSIONAL CHARGES DETAILS**

| Date | Narrative | Hours | Amt |
|---|---|---|---|
| **Guy Locke** | | | |
| 4 Mar 2008 | Emails re settlement | 0.20 | 140.00 |
| 18 Mar 2008 | Email to Bob Sentner re execution | 0.20 | 140.00 |
| 25 Mar 2008 | Email re settlement | 0.20 | 140.00 |
| | | 0.60 | $420.00 |
| **Laura Del Fuoco** | | | |
| 3 Mar 2008 | Reviewing Maples & Calder settlement and drafting ninth affidavit of R Fogarty | 2.50 | 1,250.00 |
| 4 Mar 2008 | Drafting Ninth affidavit of R Fogarty | 1.70 | 850.00 |
| 5 Mar 2008 | Email to M Holligan regarding UBS covenant | 0.10 | 50.00 |
| 5 Mar 2008 | Internal meeting M Holligan regarding UBS settlement | 0.10 | 50.00 |
| 13 Mar 2008 | Email in from M Crawford regarding covenant | 0.10 | 50.00 |
| 13 Mar 2008 | Email to M Crawford regarding covenant | 0.10 | 50.00 |
| | | 4.60 | $2,300.00 |
| **Mark Holligon** | | | |
| 3 Jan 2008 | Email out Sentner | 0.10 | 65.00 |
| 3 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 3 Jan 2008 | Email in Sentner | 0.10 | 65.00 |
| 4 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 4 Mar 2008 | Email in Kroll | 0.10 | 65.00 |
| 4 Mar 2008 | Email out Dilworth | 0.10 | 65.00 |
| 5 Mar 2008 | Reviewing and amending affidavit for UBS settlement | 0.60 | 390.00 |
| 5 Mar 2008 | Email in Laura Del Fuoco | 0.10 | 65.00 |
| 5 Mar 2008 | Email in Laura Del Fuoco | 0.10 | 65.00 |
| 5 Mar 2008 | Email out Laura Del Fuoco | 0.10 | 65.00 |
| 5 Mar 2008 | Email out Laura Del Fuoco | 0.10 | 65.00 |
| 5 Mar 2008 | Email in Laura Del Fuoco | 0.10 | 65.00 |
| 5 Mar 2008 | Further amendments to affidavit | 0.30 | 195.00 |
| 5 Mar 2008 | Email out Dilworth | 0.10 | 65.00 |
| 5 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 5 Mar 2008 | Email out Dilworth | 0.10 | 65.00 |
| 6 Mar 2008 | Email in Dilworth (5/03/08) | 0.10 | 65.00 |
| 7 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 7 Mar 2008 | Email in Cordone | 0.10 | 65.00 |
| 7 Mar 2008 | Email in Rodgers | 0.10 | 65.00 |
| 8 Mar 2008 | Working on affidavit | 0.80 | 520.00 |
| 10 Mar 2008 | Finalising affidavit | 0.40 | 260.00 |
| 10 Mar 2008 | Email out Kroll | 0.10 | 65.00 |
| 10 Mar 2008 | Email out Kroll | 0.10 | 65.00 |
| 10 Mar 2008 | Email out Kroll | 0.10 | 65.00 |
| 10 Mar 2008 | Email out Kroll | 0.10 | 65.00 |
| 11 Mar 2008 | Email out Dilworth | 0.10 | 65.00 |
| 11 Mar 2008 | Email in Stradley | 0.10 | 65.00 |
| 11 Mar 2008 | Email out Stradley | 0.10 | 65.00 |
| 11 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 11 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 11 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 11 Mar 2008 | Email in Kroll | 0.10 | 65.00 |
| 12 Mar 2008 | Preparation, travel, attending Court and waiting | 1.00 | 650.00 |

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 13 Mar 2008 | Email in M&C | 0.10 | 65.00 |
| 13 Mar 2008 | Email in Kroll | 0.10 | 65.00 |
| 13 Mar 2008 | Email L Del Fuoco | 0.10 | 65.00 |
| 14 Mar 2008 | Email out Kroll | 0.10 | 65.00 |
| 17 Mar 2008 | Email out Dilworth | 0.10 | 65.00 |
| 17 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 17 Mar 2008 | Email out Dilworth | 0.10 | 65.00 |
| 17 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 17 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 17 Mar 2008 | Email out Kroll | 0.20 | 130.00 |
| 17 Mar 2008 | Email in Dilworth | 0.10 | 65.00 |
| 17 Mar 2008 | Email out Kroll | 0.10 | 65.00 |
| 17 Mar 2008 | Email in M&C | 0.10 | 65.00 |
| 17 Mar 2008 | Email out M&C | 0.10 | 65.00 |
| 17 Mar 2008 | Email in M&C | 0.10 | 65.00 |
| 18 Mar 2008 | Telephone call Kroll | 0.10 | 65.00 |
| 18 Mar 2008 | Email in Sentner | 0.10 | 65.00 |
| 18 Mar 2008 | Email in Kroll | 0.10 | 65.00 |
| 18 Mar 2008 | Email in Sentner | 0.10 | 65.00 |
| 20 Mar 2008 | Email in G Locke | 0.10 | 65.00 |
| 25 Mar 2008 | Email in Sentner | 0.10 | 65.00 |
| 25 Mar 2008 | Email in G Locke | 0.10 | 65.00 |
| 25 Mar 2008 | Email in Maples | 0.10 | 65.00 |
| 25 Mar 2008 | Email in T Doherty | 0.10 | 65.00 |
| 26 Mar 2008 | Email in Maples | 0.10 | 65.00 |
| 26 Mar 2008 | Email in G Locke | 0.10 | 65.00 |
| 27 Mar 2008 | Email in G Locke | 0.10 | 65.00 |
| 27 Mar 2008 | Email in Maples | 0.10 | 65.00 |
| 28 Mar 2008 | Email in Campbells | 0.10 | 65.00 |
| 28 Mar 2008 | Email in Campbells | 0.10 | 65.00 |
| 28 Mar 2008 | Email in Campbells | 0.10 | 65.00 |
| 28 Mar 2008 | Email in Campbells | 0.10 | 65.00 |
| 28 Mar 2008 | Email in Campbells | 0.10 | 65.00 |
| 28 Mar 2008 | Email in G Locke | 0.10 | 65.00 |
| 31 Mar 2008 | Discussing G Locke | 0.20 | 130.00 |
| | | **9.70** | **$6,305.00** |

**Sandie Corbett**

| Date | Description | Hours | Amount |
|---|---|---:|---:|
| 31 Jan 2008 | Email M Holligon | 0.10 | 70.00 |
| 31 Jan 2008 | Reviewing various emails | 0.20 | 140.00 |
| 10 Mar 2008 | Reviewing draft affidavit | 0.20 | 140.00 |
| 10 Mar 2008 | Reviewing email M Holligon | 0.10 | 70.00 |
| 12 Mar 2008 | Preparation for Court | 0.40 | 280.00 |
| 12 Mar 2008 | Court hearing | 0.70 | 490.00 |
| 25 Mar 2008 | Reviewing email M Crawford | 0.10 | 70.00 |
| | | **1.80** | **$1,260.00** |

| | | | |
|---|---|---:|---:|
| **TOTAL PROFESSIONAL CHARGES** | | **16.70** | **US$10,285.00** |

# ||| WALKERS

CAYMAN ISLANDS

BRITISH VIRGIN ISLANDS

DUBAI

HONG KONG

JERSEY

LONDON

19 June 2008

Invoice No: 149225
MH/GAL/K0424-56702

Kroll (Cayman) Limited
PO Box 1102 GT
Fourth Floor
Bermuda House
British American Centre
George Town, Grand Cayman    KY1-1102
Cayman Islands

**Attention: Richard Fogerty**

## PAAF LIQUIDATION

**PROFESSIONAL CHARGES** for work performed in relation to the above matter, as set out in the attached schedule.                     $2,860.00

**DISBURSEMENTS**
| | |
|---|---:|
| Filing an Order | 60.98 |
| Overseas Call | 43.17 |
| Photocopying | 7.65 |
| Printing | 2.85 |
| Sundry Expense | 28.60 |

**TOTAL DISBURSEMENTS**                     $143.25

**AMOUNT DUE**                     US$3,003.25

*Walkers*
**WALKERS**

E. & O.E.

This fee note has been prepared in accordance with Walkers' Terms of Engagement.

We appreciate your business and encourage you to rate our services by filling out a service report on our website (www.walkersglobal.com/servicereport.php). Your feedback will assist us in assessing and improving the quality of our service.

**US$ WIRE TRANSFER DETAILS**

| The Bank of New York | ABA No: | 021000018 |
|---|---|---|
| 1 Wall Street | SWIFT: | IRVTUS3N |
| New York, NY 10286 | Account: | WALKERS |
| U.S.A. | Account No: | 890-0396-679 |
| | Reference: | 56702-149225 |

PLEASE QUOTE INVOICE NUMBER WITH ANY REMITTANCE.
PLEASE REMIT SUFFICIENT TO COVER BANK CHARGES.

Walkers
Walker House, 87 Mary Street, George Town
Grand Cayman KY1-9001 Cayman Islands
T +1 345 949 0100 F +1 345 949 7886 www.walkersglobal.com

**PROFESSIONAL CHARGES DETAILS**

| Date | Narrative | Hours | Amt |
|---|---|---|---|
| **Mark Holligon** | | | |
| 1 Apr 2008 | Telephone call Kroll | 0.20 | 130.00 |
| 1 Apr 2008 | Telephone call Campbells | 0.10 | 65.00 |
| 1 Apr 2008 | Email in Kroll | 0.10 | 65.00 |
| 1 Apr 2008 | Email in Cordone | 0.10 | 65.00 |
| 1 Apr 2008 | Email out Campbells | 0.10 | 65.00 |
| 1 Apr 2008 | Email in Kroll | 0.10 | 65.00 |
| 1 Apr 2008 | Email in Cordone | 0.10 | 65.00 |
| 1 Apr 2008 | Email out Cordone | 0.10 | 65.00 |
| 1 Apr 2008 | Email in Cordone | 0.10 | 65.00 |
| 1 Apr 2008 | Discussing G Locke | 0.10 | 65.00 |
| 1 Apr 2008 | Email out Kroll | 0.10 | 65.00 |
| 2 Apr 2008 | Conference call with Kroll/Sentner/Cordone | 0.40 | 260.00 |
| 2 Apr 2008 | Email out Kroll | 0.10 | 65.00 |
| 2 Apr 2008 | Email in Kroll | 0.10 | 65.00 |
| 2 Apr 2008 | Email in Doherty | 0.10 | 65.00 |
| 2 Apr 2008 | Email out Kroll | 0.10 | 65.00 |
| 3 Apr 2008 | Telephone call Campbells | 0.20 | 130.00 |
| 3 Apr 2008 | Telephone call Cordone | 0.20 | 130.00 |
| 3 Apr 2008 | Telephone M&C, left message | 0.10 | 65.00 |
| 3 Apr 2008 | Email out Campbells | 0.10 | 65.00 |
| 3 Apr 2008 | Letter out Campbells | 0.10 | 65.00 |
| 3 Apr 2008 | Email in M&C | 0.10 | 65.00 |
| 3 Apr 2008 | Email out M&C | 0.10 | 65.00 |
| 3 Apr 2008 | Email in Kroll | 0.10 | 65.00 |
| 3 Apr 2008 | Email out Kroll | 0.10 | 65.00 |
| 4 Apr 2008 | Email in Stradley | 0.10 | 65.00 |
| 4 Apr 2008 | Email out M&C | 0.10 | 65.00 |
| 4 Apr 2008 | Email in M&C | 0.10 | 65.00 |
| 4 Apr 2008 | Email out Kroll | 0.10 | 65.00 |
| 8 Apr 2008 | Email in Campbells | 0.10 | 65.00 |
| 10 Apr 2008 | Email out Maples & Calder | 0.10 | 65.00 |
| 10 Apr 2008 | Email out Kroll, Dilworth, Stradley | 0.10 | 65.00 |
| 21 May 2008 | Reviewing US court documents | 0.40 | 260.00 |
| 26 May 2008 | Email in Kroll | 0.10 | 65.00 |
| 26 May 2008 | Email out Kroll | 0.10 | 65.00 |
| | | 4.40 | $2,860.00 |

**TOTAL PROFESSIONAL CHARGES**     4.40     US$2,860.00