## Professional Fees of Mr. Michael Crystal QC



VAT Registration No: 244 3932 62
11783

Walkers
Walker House PO Box 265GT
Mary Street George Town
Grand Cayman
Cayman Islands

3-4 South Square
Gray's Inn
London
WC1R 5HP
Tel   : 020 7696 9900
Fax   : 020 7696 9911
DX   : 338 (Chancery Lane)

Solicitor Ref No. Mark Holligon      Date 1 July 2008      Case Ref. 64136

**PHILADELPHIA ALTERNATIVE ASSET FUND LTD**

| Date | Description | Fees | VAT |
|---|---|---|---|
| 01 Jul 2007 | Preparation ; Telephone Consultation with David Allison ) | | |
| 02 Jul 2007 | Perusing Papers and Preparation ; Telephone Consultation with David Allison ) | | |
| 03 Jul 2007 | Preparation ; Telephone Consultation with David Allison re Joint Opinion ) | | |
| 05 Jul 2007 | Preparation ; Telephone Consultation with David Allison ] | 3750.00 | 0.00 |
| 12 Jul 2007 | Preparation ; Telephone Consultation with David Allison re claim by Maples & Calder | 1125.00 | 0.00 |
| 16 Jul 2007 | Perusing Papers and Preparation ; Telephone Consultation with David Allison ; Telephone Consultation with David Allison and Walkers re claim by Maples and Calder | 1500.00 | 0.00 |

| | | |
|---|---|---|
| OUTSTANDING FEES | £C/FWD | |
| OUTSTANDING VAT | £C/FWD | |
| **TOTAL OUTSTANDING** | **£C/FWD** | |

**PLEASE MAKE CHEQUE PAYABLE TO Mr. Michael Crystal QC**

Rendered on: 03 Apr 2008 09 May 2008 12 Jun 2008

VALID ONLY WHEN RECEIPTED      PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE

# Professional Fees of Mr. Michael Crystal QC

VAT Registration No: 244 3932 62
11783

Walkers
Walker House PO Box 265GT
Mary Street George Town
Grand Cayman
Cayman Islands

3-4 South Square
Gray's Inn
London
WC1R 5HP
Tel    : 020 7696 9900
Fax    : 020 7696 9911
DX    : 338 (Chancery Lane)

Solicitor Ref No. Mark Holligon          Date 1 July 2008          Case Ref. 64136

## PHILADELPHIA ALTERNATIVE ASSET FUND LTD

| Date | Description | Fees | VAT |
|------|-------------|------|-----|
| | (Continued from previous page)    Fees B/FWD | 6375.00 | 0.00 |
| 19 Jul 2007 | Preparation ; Telephone Consultation with David Allison re claim by Maples and Calder | 375.00 | 0.00 |
| 23 Jul 2007 | Preparation ; Telephone Consultation with David Allison re claim by Maples and Calder | 375.00 | 0.00 |
| 25 Jul 2007 | Preparation ; Consultation with Walkers, Consultation with Kroll re claim by Maples and Calder | 1500.00 | 0.00 |
| 07 Sep 2007 | Preparation ; Telephone Consultation with David Allison re claim by Maples and Calder | 750.00 | 0.00 |
| 25 Sep 2007 | Preparation re claim by Maples and Calder | 375.00 | 0.00 |
| 01 Oct 2007 | Preparation re claim by Maples and Calder | 750.00 | 0.00 |

| | | |
|---|---|---|
| OUTSTANDING FEES | £C/FWD | |
| OUTSTANDING VAT | £C/FWD | |
| **TOTAL OUTSTANDING** | **£C/FWD** | |

PLEASE MAKE CHEQUE PAYABLE TO Mr. Michael Crystal QC

Rendered on: 03 Apr 2008 09 May 2008 12 Jun 2008

VALID ONLY WHEN RECEIPTED         PLEASE QUOTE CASE REFERENCE NO.ON ALL CORRESPONDENCE

# Professional Fees of Mr. Michael Crystal QC

VAT Registration No: 244 3932 62
11783

Walkers
Walker House PO Box 265GT
Mary Street George Town
Grand Cayman
Cayman Islands

3-4 South Square
Gray's Inn
London
WC1R 5HP
Tel : 020 7696 9900
Fax : 020 7696 9911
DX : 338 (Chancery Lane)

Solicitor Ref No. Mark Holligon     Date 1 July 2008     Case Ref. 64136

## PHILADELPHIA ALTERNATIVE ASSET FUND LTD

| Date | Description | Fees | VAT |
|---|---|---|---|
| | (Continued from previous page)    Fees B/FWD | 10500.00 | 0.00 |
| 16 Oct 2007 | Perusing Papers and Preparation ; Telephone Consultation with David Allison re claim by Maples and Calder | 375.00 | 0.00 |
| 26 Oct 2007 | Perusing Papers and Preparation ) Consultation (Counsel only) with David Allison by Telephone re claim by Maples and Calder | 1500.00 | 0.00 |
| 29 Oct 2007 | Perusing Papers and Preparation ) Consultation (Counsel only) with David Allison by Telephone re : claim by Maples and Calder ] | 1125.00 | 0.00 |
| 31 Oct 2007 | Preparation ; Telephone Consultation with David Allison re claim by Maples and Calder | 750.00 | 0.00 |
| 01 Nov 2007 | Preparation ; Telephone Consultation with David Allison re claim by Maplesand Calder | 1500.00 | 0.00 |

| | | |
|---|---|---|
| OUTSTANDING FEES | £C/FWD | |
| OUTSTANDING VAT | £C/FWD | |
| **TOTAL OUTSTANDING** | **£C/FWD** | |

PLEASE MAKE CHEQUE PAYABLE TO Mr. Michael Crystal QC

Rendered on: 03 Apr 2008 09 May 2008 12 Jun 2008

VALID ONLY WHEN RECEIPTED     PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE

# Professional Fees of Mr. Michael Crystal QC

VAT Registration No: 244 3932 62
11783

Walkers
Walker House PO Box 265GT
Mary Street George Town
Grand Cayman
Cayman Islands

3-4 South Square
Gray's Inn
London
WC1R 5HP
Tel     : 020 7696 9900
Fax    : 020 7696 9911
DX     : 338 (Chancery Lane)

Solicitor Ref No. Mark Holligon          Date 1 July 2008                         Case Ref. 64136

## PHILADELPHIA ALTERNATIVE ASSET FUND LTD

| Date | Description | Fees | VAT |
|---|---|---|---|
| | (Continued from previous page)         Fees B/FWD | 15750.00 | 0.00 |
| 06 Nov 2007 | Preparation ; Telephone Consultation with David Allison ; Telephone Consultation with Kroll re claim by Maples and Calder | 1500.00 | 0.00 |
| 07 Nov 2007 | Preparation ; Telephone Consultation with David Allison re Philadelphia Alt Asset etc re claim by Maples and Calder | 3000.00 | 0.00 |
| 09 Nov 2007 | Preparation ; Telephone Consultation with David Alision re Philadelphia Alt Asset etc re claim by Maples | 750.00 | 0.00 |
| 16 Nov 2007 | Preparation ; Telephone Consultation with David Allison re claim by Maples and Calder | 750.00 | 0.00 |
| 03 Dec 2007 | Preparation ; Telephone Consultation with David Allison re claim against Maples and Calder | 750.00 | 0.00 |

|  |  |
|---|---|
| OUTSTANDING FEES | £C/FWD |
| OUTSTANDING VAT | £C/FWD |
| **TOTAL OUTSTANDING** | **£C/FWD** |

PLEASE MAKE CHEQUE PAYABLE TO Mr. Michael Crystal QC

Rendered on: 03 Apr 2008 09 May 2008 12 Jun 2008

VALID ONLY WHEN RECEIPTED          PLEASE QUOTE CASE REFERENCE NO.ON ALL CORRESPONDENCE



## Professional Fees of Mr David Allison

VAT Registration No: 744 2364 38

| | |
|---|---|
| Walkers<br>Walker House PO Box 265GT<br>Mary Street George Town<br>Grand Cayman<br>Cayman Islands | 3-4 South Square<br>Gray's Inn<br>London<br>WC1R 5HP<br>Tel  : 020 7696 9900<br>Fax  : 020 7696 9911<br>DX  : 338 (Chancery Lane) |

Solicitor Ref No. Mark Holligon       Date 1 July 2008       Case Ref. 64136

**PHILADELPHIA ALTERNATIVE ASSET FUND LTD**

| Date | Description | Fees | VAT |
|---|---|---|---|
| 03 Jul 2007 | Between 28 June and 3 July<br>Perusing Bundles 1-4; Advising by Telephone (2);<br>Drafting Opinion and amending. | 4050.00 | 0.00 |
| 15 Jul 2007 | Perusing Papers and Preparation re. Motion to<br>Dismiss )<br>Perusing Papers and Advising in Conference re<br>Advice on Rejection of Proof (over periods 15/7 -<br>16/7) ] | 750.00 | 0.00 |
| 19 Jul 2007 | Perusing Papers and Preparation | 100.00 | 0.00 |
| 24 Jul 2007 | Perusing Papers and Preparation | 125.00 | 0.00 |
| 21 Sep 2007 | Preparation for Directions Hearing | 125.00 | 0.00 |
| 01 Oct 2007 | Perusing Papers and Preparation re: Particulars | 250.00 | 0.00 |
| 16 Oct 2007 | Perusing Papers and Preparation re: Pleading and | | |

| | | |
|---|---|---|
| OUTSTANDING FEES | £C/FWD | |
| OUTSTANDING VAT | £C/FWD | |
| **TOTAL OUTSTANDING** | **£C/FWD** | |

PLEASE MAKE CHEQUE PAYABLE TO Mr David Allison

Rendered on: 14 Mar 2008 27 Jun 2008 27 Jun 2008

VALID ONLY WHEN RECEIPTED      PLEASE QUOTE CASE REFERENCE NO.ON ALL CORRESPONDENCE

## Professional Fees of Mr David Allison

VAT Registration No: 744 2364 38

Walkers
Walker House PO Box 265GT
Mary Street George Town
Grand Cayman
Cayman Islands

3-4 South Square
Gray's Inn
London
WC1R 5HP
Tel    : 020 7696 9900
Fax    : 020 7696 9911
DX    : 338 (Chancery Lane)

Solicitor Ref No. Mark Holligon      Date 1 July 2008      Case Ref. 64136

### PHILADELPHIA ALTERNATIVE ASSET FUND LTD

| Date | Description | Fees | VAT |
|------|-------------|------|-----|
| | (Continued from previous page)   Fees B/FWD | 5400.00 | 0.00 |
| 16 Oct 2007 | US Documents )<br>Drafting Draft Letter ] | 500.00 | 0.00 |
| 19 Oct 2007 | Working on Defence | 1000.00 | 0.00 |
| 22 Oct 2007 | Working on Defence | 250.00 | 0.00 |
| 25 Oct 2007 | Perusing Papers and Preparation )<br>Drafting Defence Work ] | 1000.00 | 0.00 |
| 26 Oct 2007 | Perusing Papers and Preparation )<br>Drafting Defence Work )<br>Consultation (Counsel only) with Michael Crystal<br>QC via telephone ] | 2000.00 | 0.00 |
| 29 Oct 2007 | Perusing Papers and Preparation (x 2 sessions) )<br>Drafting Changes to Defence ) | | |

|  |  |
|--|--|
| OUTSTANDING FEES | £C/FWD |
| OUTSTANDING VAT | £C/FWD |
| **TOTAL OUTSTANDING** | **£C/FWD** |

PLEASE MAKE CHEQUE PAYABLE TO Mr David Allison

Rendered on: 14 Mar 2008 27 Jun 2008 27 Jun 2008

VALID ONLY WHEN RECEIPTED      PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE

## Professional Fees of Mr David Allison

VAT Registration No: 744 2364 38

Walkers
Walker House PO Box 265GT
Mary Street George Town
Grand Cayman
Cayman Islands

3-4 South Square
Gray's Inn
London
WC1R 5HP
Tel     : 020 7696 9900
Fax     : 020 7696 9911
DX      : 338 (Chancery Lane)

Solicitor Ref No. Mark Holligon          Date 1 July 2008          Case Ref. 64136

**PHILADELPHIA ALTERNATIVE ASSET FUND LTD**

| Date | Description | Fees | VAT |
|---|---|---|---|
| | (Continued from previous page)          Fees B/FWD | 10150.00 | 0.00 |
| 29 Oct 2007 | Advising by Telephone ] | 375.00 | 0.00 |
| 31 Oct 2007 | Preparation and Counsel only Telephone Consultation with Michael Crystal QC. | 250.00 | 0.00 |
| 07 Nov 2007 | On 6 and 7 November Perusing Papers and Preparation; Advising by e-mail. Advising by Telephone (3). | 875.00 | 0.00 |
| 08 Nov 2007 | Perusing Papers and Advising by Telephone (x2) (over period 8-9 November) | 575.00 | 0.00 |
| 02 Dec 2007 | Perusing Papers and Preparation re: Agreements ) | | |
| 03 Dec 2007 | Preparation and Counsel only with Michael Crystal QC. | 825.00 | 0.00 |

|  |  |  |
|---|---|---|
| OUTSTANDING FEES | £C/FWD | |
| OUTSTANDING VAT | £C/FWD | |
| **TOTAL OUTSTANDING** | **£C/FWD** | |

**PLEASE MAKE CHEQUE PAYABLE TO Mr David Allison**

Rendered on: 14 Mar 2008 27 Jun 2008 27 Jun 2008

VALID ONLY WHEN RECEIPTED          PLEASE QUOTE CASE REFERENCE NO.ON ALL CORRESPONDENCE

## Professional Fees of Mr David Allison



VAT Registration No: 744 2364 38

<table>
<tr><td>
Walkers<br>
Walker House PO Box 265GT<br>
Mary Street George Town<br>
Grand Cayman<br>
Cayman Islands
</td><td>
3-4 South Square<br>
Gray's Inn<br>
London<br>
WC1R 5HP<br>
Tel    : 020 7696 9900<br>
Fax   : 020 7696 9911<br>
DX    : 338 (Chancery Lane)
</td></tr>
</table>

Solicitor Ref No. Mark Holligon       Date 1 July 2008       Case Ref. 64136

**PHILADELPHIA ALTERNATIVE ASSET FUND LTD**

| Date | Description | Fees | VAT |
|------|-------------|------|-----|
| | (Continued from previous page)   Fees B/FWD | 13050.00 | 0.00 |
| 04 Dec 2007 | Perusing Papers and Preparation re: e-mails and Settlement. | 250.00 | 0.00 |
| 31 Mar 2008 | PAYMENT RECEIVED WITH THANKS chq no 421480 (Total 5025.00 Inv 3051) | -5025.00 | 0.00 |

| | |
|---|---|
| OUTSTANDING FEES | £8275.00 |
| OUTSTANDING VAT | £0.00 |
| **TOTAL OUTSTANDING** | **£8275.00** |

PLEASE MAKE CHEQUE PAYABLE TO Mr David Allison

Rendered on: 14 Mar 2008 27 Jun 2008 27 Jun 2008

VALID ONLY WHEN RECEIPTED      PLEASE QUOTE CASE REFERENCE NO. ON ALL CORRESPONDENCE